UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERATED NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

DON A. HARDING, *et al.*,

    Defendants.
_____/

No. C-11-1444 EMC

**ORDER TO SHOW CAUSE**

    Plaintiff has filed an *ex parte* application, asking that the instant case, which was removed to federal court by Defendants, be remanded back to the state court. Plaintiff explains that it is moving *ex parte* and asking for remand on an expedited basis "so that there is no delay in the enforcement of the Writ of Possession." Weber Decl. ¶ 9.

    While the Court is not unsympathetic to Plaintiff's position, Defendants should, as a matter of fairness, be given an opportunity to respond to the request for a remand. Moreover, while the Court is willing to consider the request on an expedited basis, Defendants should be given sufficient time to formulate a response, particularly as they are proceeding pro se.

///
///
///
///
///

Accordingly, the Court hereby orders as follows.  **Defendants are hereby ordered to show cause why the case should not be remanded back to state court, as requested by Plaintiff.** Defendants shall have until June 10, 2011 to file and serve a response to this order to show cause. There shall be no reply brief.  Absent further order of the Court, the Court shall not hold a hearing on the motion to remand and shall rule on the papers.

IT IS SO ORDERED.

Dated: May 24, 2011

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br> v.<br><br>DON A. HARDING, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-11-1444 EMC<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

DON A. HARDING  
104 Spears Circle  
Richmond, CA 94801  
(510) 472-3881  

BRYAN R. BARNES  
104 Spears Circle  
Richmond, CA 94801  
(510) 472-3881  

CYNTHIA HARDING  
104 Spears Circle  
Richmond, CA 94801  
(510) 472-3881  

Dated: May 24, 2011        RICHARD W. WIEKING, CLERK

                  By: _____/s/ Leni Doyle_____  
                     Leni Doyle  
                     Deputy Clerk